**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO ESPINOZA, ) | Case No. EDCV 08-1790-VAP (PLAx) |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| ) | |
| T.D. SERVICE COMPANY; ) MORTGAGE ELECTRONIC ) REGISTRATION SYSTEMS, ) INC. (MERS); U.S. BANK ) NATIONAL ASSOCIATION AS ) TRUSTEE UNDER POOLING ) AND SERVICING AGREEMENT ) DATED AS OF AUGUST 1, ) 2006 MASTR ASSET BACKED ) SECURITIES TRUST 2006 ) HE3 MORTGAGE PASS- ) THROUGH CERTIFICATES ) SERIES 2006 HE3; and ) DOES 1 through 50, ) inclusive, ) ) Defendants. ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED
AND ADJUDGED that Plaintiff's Complaint is DISMISSED
WITHOUT PREJUDICE.

1        The Court orders that such judgment be entered.

2

3

4   Dated:   December 30, 2008        _____
                                          VIRGINIA A. PHILLIPS
5                                      United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      2